UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-245-MOC

| | |
|---|---|
| **ROBERT DANNER,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| Vs. | )     ORDER<br>) |
| **NANCY A. BERRYHILL, Acting Commissioner of Social Security,** | )<br>)<br>) |
| Defendant. | ) |

**THIS MATTER** is before the court on plaintiff's Motion for Admission Pro Hac Vice of and Affidavit. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Admission Pro Hac Vice and Affidavit (#9) of David B. Goetz is **GRANTED**. Mr. Goetz is admitted to practice before the Bar of this Court while appearing with Mr. Piemonte in this particular case.

Signed: December 21, 2017

Max O. Cogburn Jr
United States District Judge