UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-245-MOC

| | | |
|---|---|---|
| **ROBERT DANNER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NANCY A. BERYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the parties' Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). As this court has the power under sentence four of 42 U.S.C. § 405(g) "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the case for a rehearing," and since each party consents to reversal and remand in this matter, the court will grant this motion. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). Having thus considered the parties' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties' Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (#16) is **GRANTED**. Under sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is **REVERSED** and this matter is **REMANDED** to the Commissioner for further proceedings consistent with this opinion.

Signed: April 9, 2018

Max O. Cogburn Jr
United States District Judge